UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIANGLE SERVICES, INC. d/b/a<br>MAINTECH, INC.,<br><br>    Defendant. | CAUSE NO. 1:23-cv-00342-MPB-MKK |

### ORDER OF DISMISSAL

The parties, by counsel, having filed their Stipulation for Dismissal with prejudice of the above-captioned cause, and the Court being fully advised, determines that this cause should be and hereby is ordered dismissed with prejudice. Costs paid.

    **SO ORDERED.**

Dated: January 23, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to parties via ECF/CMF